JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Rubio Torres, | |
| Plaintiff, | Case No. 2:17-cv-02248-VAP-KSx |
| v. | **JUDGMENT** |
| P. Finander, et al | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment in favor of Defendants P. Finander, et al., IT IS ORDERED AND ADJUDGED that the action, *Antonio Rubio Torres v. P. Finander, et al.,* 2:17-cv-02248-VAP-KSx, is DISMISSED WITH PREJUDICE. Plaintiff's state law negligence claims are DISMISSED WITHOUT PREJUDICE to pursuing them in state court. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 2/28/22

Virginia A. Phillips
United States District Judge